

**NUMBER 13-07-00649-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**DENIS A. DOWNEY,**                                                                      **Appellant,**

**v.**

**BEATRIZ MORENO DOWNEY ,**                                                          **Appellee.**

---

**On appeal from the 197th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Denis A. Downey, attempted to appeal a judgment rendered against him in the 197th District Court of Cameron County.  On October 24, 2007, the Clerk of this Court notified appellant that the notice of appeal had not been timely filed.  The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect,

if it could be done. *See* TEX. R. APP. P. 37.3, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution. Appellant failed to respond to the Court's notice. Appellant has further failed to pay required fees as directed by the Clerk of this Court.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notices, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(a),(c).


PER CURIAM

Memorandum Opinion delivered and
filed this the 10th day of April, 2008.